WCH:ed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20620-CR-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GERARDO CUEVAS-SANCHEZ,

    Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant **GERARDO CUEVAS-SANCHEZ** (hereinafter referred to as "defendant"):

1. In the Indictment in the above-styled case, the government sought forfeiture of all property involved in the defendant's violation of 31 U.S.C. §§ 5332(a) and (b)(1), and any property traceable to such property, including approximately $30,411.00 in United States currency.

2. On September 27, 2007, the defendant pled guilty to the Indictment and the violation of 31 U.S.C. § 5332(a) and agreed to forfeit to the United States all of his right, title and interest in $30,411.00 in United States currency recovered from the defendant on July 30, 2007.

Therefore, in consideration of the Plea Agreement between the defendant and the United States, and upon motion of the United States and for good cause shown thereby, it is hereby,

**ORDERED** that:

1. All right, title, and interest of defendant **GERARDO CUEVAS-SANCHEZ** in $30,411.00 in United States currency is hereby forfeited to the United States of America pursuant to 31 U.S.C. § 5332(b) and the procedures set forth at 21 U.S.C. § 853.

2. The United States Immigration and Customs Enforcement Service, or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to 21 U.S.C. § 853(g).

3. The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by 21 U.S.C. § 853(n). The United States shall state in the notice that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States shall provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice. It is further,

**ORDERED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed. If no claims are filed within thirty (30) days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to 21 U.S.C. § 853(n)(7), this Order shall be deemed a final order of forfeiture, and the United States Immigration and Customs Enforcement, or any duly authorized law enforcement official, shall dispose of the forfeited property hereunder according to law.

DONE AND ORDERED at Miami, Florida this 8th day of November, 2007.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: AUSA William C. Healy (2 certified copies)
   Arturo Hernandez, Esq.